**FILED**
CLERK, U.S. DISTRICT COURT

**10/25/2023**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:23-mj-00547-DUTY |
| | 3:23-mj-794(TOF) |
| Jonathan Garcia | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Complaint
in the _____ District of Connecticut _____ on September 7, 2023
at 11:39 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about April-June, 2023
in violation of Title 21 _____ U.S.C., Section(s) 846 & 841(a)(1)
to wit: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

A warrant for defendant's arrest was issued by: Magistrate Judge Thomas O. Farrish

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Complaint and Arrest Warrant.

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/25/23
                  Date

_[signature]_
Signature of Agent

Jeffrey Poulin
Print Name of Agent

DEA
Agency

Task Force Officer
Title